[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 18.]

THE STATE OF OHIO, APPELLEE, *v.* LEWIS, APPELLANT.

[Cite as *State v. Lewis*, 1998-Ohio-692.]

*Criminal procedure—Classification as sexual predator—Court of appeals'
judgment affirmed on authority of State v. Cook—Cause remanded to trial
court to properly direct processing of defendant.*

(No. 98-862—Submitted October 13, 1998—Decided November 25, 1998.)

APPEAL from the Court of Appeals for Hamilton County, No. C-970289.

————————————

*Joseph T. Deters*, Hamilton County Prosecuting Attorney, and *Sherry
Green*, Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker*, Ohio Public Defender, and *Robert L. Lane*, Chief
Appellate Counsel, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of
*State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The cause is remanded to the trial court to properly direct processing
of the defendant by the official in charge of the state correctional institution where
the defendant is committed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

————————————